UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -8 AM 8: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

EVELYN CARRERO, M.D.
    Plaintiff

vs.

CIVIL NO. 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 1, 1999<br>**Docket:** #46<br>[ ] **Plffs**　　　　　[X] **Defts**<br>**Title:** Motion Requesting Amendment to Scheduling Order Contained in Minutes of Proceedings or Extension of Time to File Dispositive Motions | **GRANTED AS REQUESTED.** New Discovery Deadline is November 12, 1999 and Dispositive Motions shall be filed on or before November 22, 1999. No further extensions of time will be given. The parties must proceed expeditiously to trial. |

**Date:** October 6, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:　　　　EOD:

By:　　　　# 47

3