**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

1999 NOV -5 AM 9: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P R

EVELYN CARRERO, M.D.
    Plaintiff

vs.

CIVIL NO. 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** October 29, 1999<br>**Docket:** #48<br>[] **Plffs**        [X] **Defts**<br>**Title:** Request fro notification of orders<br>and judgments by fax | **GRANTED AS REQUESTED.** |

**GILBERTO GIERBOLINI**
**U.S. Senior District Judge**

**Date**: November 3, 1999

| Rec'd: | EOD: |
|---|---|
| **By:** | # 49 |

3