IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.,  \*
    Plaintiff,  \*
                              \*
    v.                          \*    CIVIL NO.:97-1845(GG)
                              \*
UNIVERSITY OF PUERTO RICO, ET ALS.  \*
    Defendants  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MINUTES OF PROCEEDINGS**

The parties met with the court on December 2, 1999, for a Pre-Trial Conference. Plaintiff was represented by José F. Quetglas Jordán, Esq. Defendants were represented by Rubén T. Nigaglioni and Berenice B. Bellotti, Esqs. The conference started at 2:00 p.m. and concluded at 3:00 p.m.

The parties informed the court regarding the present status of their discovery process. The court is cognizant of the problems they have encountered and the efforts made to conclude the discovery. The new schedule adopted is as follows:

    1.   Discovery Cut-Off - **March 3, 2000**

    2.   Dispositive Motions - **May 1, 2000**

    3.   Jury Selection - **August 7, 2000 at 2:00 p.m.**

    4.   Jury Trial - **beginning on August 8, 2000 at 9:30 a.m.**

    5.   **TRIAL IS EXPECTED TO LAST ONE MONTH**

The **Clerk of the Court** is **ORDERED** to notify this minute to all the parties.

San Juan, Puerto Rico, this 3rd day of December, 1999.

s/as: Jury Clerk
Courtroom Deputy
Chief Deputy Clerk
12/3/99

FRANCES RIOS DE MORAN, CLERK

Laura E. Rivera, Ops Mgr

for
By: LYDIA E. ALICEA
Courtroom Deputy Clerk

AO 72A
(Rev.8/82)

54