UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -6 AM 8 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

EVELYN CARRERO, M.D.
   Plaintiff

vs.

CIVIL NO. 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
   Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 10, 1999<br>**Docket:** #50<br>[X] **Plffs**    [X] **Defts**<br>**Title:** Motion Requesting Leave to Amend and Supplement Witness List | **GRANTED.** |

| MOTION | RULING |
|---|---|
| **Date Filed:** November 19, 1999<br>**Docket:** #52<br>[] **Plffs**    [X] **Defts**<br>**Title:** Motion Requesting Extension of Time to File Dispositive Motions | **GRANTED.** |

Date:  December 3, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:    #55