UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR 14 AM 7:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

EVELYN CARRERO, M.D.
    Plaintiff

vs.

CIVIL NO. 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** March 10, 2000<br>**Docket:** #58<br>[ ] **Plffs**      [X] **Defts**<br>**Title:** Motion Requesting extension of time to file reply to motion to compel | **GRANTED** up and until March 20, 2000. |

Date: March 13, 1999

*[signature]*
GILBERTO GIERBOLINI
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # 59 |