UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 26 AM 8 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

EVELYN CARRERO, M.D.
      Plaintiff

vs.                                                            CIVIL NO. 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
      Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 19, 2000<br>**Docket:** #61<br>[] **Plffs**  [] **Defts**  [x] **Joint**<br>**Title:** Joint Motion Requesting Extension of Time to File Dispositive Motions and Moving to Strike Motion to Compel and Corresponding Reply | Motion to Strike docket entries #57 & 60, **GRANTED**. Plaintiff must deliver to defendants report of economic expert witness by May 15, 2000. Deadline for dispositive motions is reset for May 30, 2000. |

Date:  April 24, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:          EOD:

By:             #
                 62