UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.
    Plaintiff

vs.                                                   CIVIL NO. 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 15, 2000<br>**Docket:** #63<br>[X] **Plffs**    [ ] **Defts**<br>**Title:** Motion for Brief Extension of Time | **GRANTED.** Expert Report to be submitted by May 22, 2000. Dispositive Motions to be submitted by June 6, 2000. No further extensions will be granted. |

**Date:** May 17, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:    #