UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.
    Plaintiff

vs.

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

CIVIL NO. 97-1845(GG)

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** June 6, 2000<br>**Docket:** #65<br>[ ] Plffs    [X] **Defts**<br>**Title:** Motion for Brief Extension of Time | **GRANTED AS REQUESTED.** |

Date: June 8, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:

