UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.
    Plaintiff

vs.                                                        CIVIL NO. 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 9, 2000<br>**Docket:** #67<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** Motion Requesting Leave to File Documents in the Spanish Language | **GRANTED.** Certified translated documents to be filed by **July 24, 2000.** |

**Date:** June 13, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:    #


