UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.
    Plaintiff

vs.
                                                  CIVIL NO. 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: July 26, 2000<br>Docket: #73<br>[x] Plffs      [] Defts<br>Title: Motion for a Brief Extension of Time | **GRANTED AS REQUESTED.** |

| MOTION | RULING |
|---|---|
| Date Filed: July 26, 2000<br>Docket: #74<br>[x] Plffs      [] Defts<br>Title: Motion for a Settlement Conference | **GRANTED.** The parties to meet for a Settlement Conference before the court on **August 2, 2000 at 3:00 p.m.** |

                                            GILBERTO GIERBOLINI
Date: July 27, 2000                   U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #75 |