

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.
    Plaintiff

vs.                                                      CIVIL NO. 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 21, 2000<br>**Docket:** #72<br>[ ] **Plffs**      [X] **Defts**<br>**Title:** Motion Submitting English Translations of Documents Filed in the Spanish Language and Requesting Extension of Time to File Remaining Translations | **GRANTED AS REQUESTED.** |

**Date:** July 26, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:     EOD:

By:     #76