IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.,                *
                                     *
         Plaintiff,                  *
                                     *
         v.                          *    CIVIL NO.:97-1845(GG)
                                     *
UNIVERSITY OF PUERTO RICO, ET ALS.   *
                                     *
         Defendants                  *
*************************************

**MINUTE ORDER**

By order of the court and upon the parties request, the Jury Selection and Jury Trial set for August 7, & 8, 2000, respectively, are **VACATED AND SET ASIDE**. New dates for a settlement conference and trial will be set after defendants' file their reply to the pending motion for summary judgment.

San Juan, Puerto Rico, this 4th day of August, 2000.

FRANCES RIOS DE MORAN, CLERK

By: SULMA LOPEZ DEFILLO
    Courtroom Deputy Clerk

AO 72
(Rev 8/82)