IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EVELYN CARRERO, M.D., <br> Plaintiff, | * <br> * <br> * |
| v. | *   CIVIL NO.:97-1845(GG) |
| | * |
| UNIVERSITY OF PUERTO RICO, ET ALS. <br> Defendants | * <br> * |

**MINUTES OF PROCEEDINGS**

RECEIVED AND FILED
2000 AUG -9 PM 7:20
CLERK'S OFFICE ANNEX
U.S. DISTRICT COURT
OLD SAN JUAN, PR.

The parties met with the court on August 2, 2000, for a Settlement Conference. Plaintiff was represented by José F. Quetglas Jordán, Esq. Defendants were represented by Rubén T. Nigaglioni and Berenice B. Bellotti, Esqs. The conference started at 3:00 p.m. and concluded at 4:00 p.m.

The parties informed the court regarding the present status of their settlement negotiations. They are too apart at this time. Nonetheless, the court urged them to continue with their efforts. Defendants request for a continuance of trial as well as their motion for summary judgment were taken under advisement. The court will notify the parties by Friday regarding the petition for a continuance.

San Juan, Puerto Rico, this 9th day of August, 2000.

FRANCES RIOS DE MORAN, CLERK

By: SULMA LOPEZ DEFILLO
Courtroom Deputy Clerk

AO 72
(Rev 8/82)