UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



EVELYN CARRERO, M.D.
    Plaintiff

vs.      CIVIL NO. 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 31, 2000<br>**Docket:** #81<br>[] Plffs      [x] Defts<br>**Title:** Urgent Motion Requesting Relief | **NOTED.** Defendants' request to deem the Motion for Summary Judgment as unopposed and submitted, **DENIED.** Defendants' request for a continuance, **GRANTED.** |

| MOTION | RULING |
|---|---|
| **Date Filed:** August 3, 2000<br>**Docket:** #87<br>[] Plffs      [x] Defts<br>**Title:** Motion Requesting Leave to Reply to Plaintiff's Opposition to Motion for Summary Judgment | **GRANTED until August 31, 2000.** |

Date: August 4, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:   EOD:

By: \    #93