IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.,
Plaintiff,

v.   CIVIL NO.: 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS
Defendant.

**ORDER AND PARTIAL JUDGMENT**

In her opposition to defendants' Motion for Summary Judgment, plaintiff has dropped, abandoned and withdrawn several causes of action and defendants, as follows:

1. The conjugal partnership formed by Dr. José Jimenez Vélez and his wife;

2. The claim for punitive damages asserted against co-defendant UPR.

3. The causes of action under Puerto Rico Laws Nos. 69 & 100, as well as under Articles 1802 & 1803 of the Puerto Rico Civil Code. Specifically, the Ninth, Tenth and Eleventh Causes of Action.

4. The cause of action for retaliation asserted against the UPR (Eight Cause of Action).

**WHEREFORE**, in view of the above, the causes of action and defendant above mentioned are **DISMISSED WITH PREJUDICE**. Partial Judgment is hereby entered accordingly.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 9th day of August, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge

AO 72A
(Rev.8/82)