IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.,
Plaintiff,

v.                                              CIVIL NO.: 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS
Defendant.

### ORDER AND PARTIAL JUDGMENT

In a motion further supplementing her opposition to defendants' Motion for Summary Judgment, plaintiff abandoned the cause of action against the conjugal partnership formed by Dr. Armando López Tristani and his wife.

**WHEREFORE**, in view of the above, said cause of action and the defendant above mentioned are **DISMISSED WITH PREJUDICE**. Partial Judgment is hereby entered accordingly.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 11th day of August, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge

AO 72A
(Rev.8/82)