UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.
    Plaintiff

vs.

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

CIVIL NO. 97-1845(GG)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 31, 2000<br>**Docket:** #96<br>[ ] **Plffs**  [x] **Defts**<br>**Title:** Motion Requesting Extension of Time to File Reply to Opposition to Motion for Summary Judgment | **GRANTED** until **September 12, 2000.** No further extensions will be granted. |

**Date:** September 5, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:      #97