IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.
  Plaintiff

vs.                             CIVIL NO. 97-1845 (GG)

UNIVERSITY OF PUERTO RICO, ET ALS
  Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** October 1, 2002<br>**Docket:** #100<br>[] Plaintiff   [x] Defendants   [] Joint<br><br>**Title:** Motion to Withdraw as Counsel for Defendants | GRANTED AS REQUESTED. The Clerk of the Court must notify all documents in this case to defendants' address as stated in ¶ 4 of this motion. |

GILBERTO GIERBOLINI
Senior U.S. District Judge

Date:   October 4th, 2002.

| Rec'd: | EOD: |
|---|---|
| By: | # 101 |