IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.
   Plaintiff

vs.                                                                CIVIL NO. 97-1845 (GG)

UNIVERSITY OF PUERTO RICO, ET ALS
   Defendants

## ORDER

| MOTION | RULING |
| --- | --- |
| Date Filed: November 4, 2002<br>Docket #102<br>[] Plaintiff  [x] Defendants  [] Joint<br><br>Title: Motion to Enter Appearance and to Request Short Stay of the Proceedings | NOTED AND GRANTED AS REQUESTED. The parties are urged to meet and make a new attempt to settle the case. Accordingly, a new Settlement Conference is set for **December 11, 2002 at 2:30 p.m.** |

GILBERTO GIERBOLINI
Senior U.S. District Judge

Date: November 7, 2002