IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.,
    Plaintiff,

v.      CIVIL NO.: 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

**MINUTE ORDER**

By order of the court, the Settlement Conference set for December 11, 2002 is RESET for December 23, 2002 at 2:30 p.m.

San Juan, Puerto Rico, this 9th day of December, 2002.

FRANCES RIOS DE MORAN, CLERK

By: SULMA LOPEZ DEFILLO
Courtroom Deputy Clerk