IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.,
    Plaintiff;

v.     CIVIL NO. 97-1845 (GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

**MINUTES OF PROCEEDINGS**

The parties met with the court on January 29, 2003, for a Settlement Conference. Plaintiff was represented by José F. Quetglas Jordán, Esq. Defendants were represented by José González Castañeda and Cristina Martínez, Esqs. The conference started at 2:30 p.m. and concluded at 3:30 p.m.

The parties informed the court regarding the present status of their settlement negotiations. The plaintiff announced that there is recent new caselaw disposing of one of the multiple issues in the case, namely, the Eleventh Amendment Immunity. Since the parties are so close and there is an extremely high possibility of a transaction, the parties agreed to meet for a **Final Settlement Conference** on **February 14, 2003 at 2:30 p.m.** Meanwhile the parties will continue their efforts to reach a final agreement to dispose of the case.

San Juan, Puerto Rico, this     day of January, 2003.

FRANCES RIOS DE MORAN, CLERK

by: *[signature]*
By: SULMA LOPEZ DEFILLO
    Courtroom Deputy Clerk


