# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EVELYN CARRERO, M.D.<br><br>    Plaintiff(s)<br><br>Vs.<br><br>UNIVERSITY OF PUERTO RICO<br><br>    Defendant(s) | CIVIL NO. 97-1845 (GG) |

## ORDER

By Order of the Court, the **FINAL SETTLEMENT CONFERENCE** scheduled for February 14, 2003 at 2:30 p.m. is hereby **rescheduled for MARCH 6, 2003 at 2:30 p.m.**

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 21st day of February, 2003.

                FRANCES RIOS DE MORAN
                Clerk of the Court

By: _____
      Sulma López-Defilló
      Deputy Clerk