IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.,
    Plaintiff,

v.   CIVIL NO.:97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

**MINUTES OF PROCEEDINGS**

The parties met with the court on March 6, 2003, for a Settlement Conference. Plaintiff was represented by José F. Quetglas Jordán, Esq. Defendants were represented by José González Castañeda, Esqs. The conference started at 2:30 p.m. and concluded at 4:30 p.m.

The parties informed the court regarding the present status of their settlement negotiations. After several efforts to bring the parties closer, to no avail, the plaintiff accepted an offer made by the defendants back in August 2001. However, counsel for the defendants informed that he would go back to the client for new alternatives. A Final Settlement Conference will be held on March 31, 2003 at 2:30 p.m. If no agreement is reached then, the parties will have until April 21, 2003 to update their summary judgment pleadings.

San Juan, Puerto Rico, this 11th day of March, 2003.

FRANCES RIOS DE MORAN, CLERK

By: SULMA LOPEZ DEFILLO
    Courtroom Deputy Clerk