IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.,            *
    Plaintiff                         *
                                 *
v.                                 *     CIVIL NO. 97-1845 (GG)
                                 *
UNIVERSITY OF PUERTO RICO, ET ALS   *
    Defendants                      *
*******************************

**O R D E R**

The Final Settlement Conference set for March 31, 2003 is hereby continued. The parties shall meet with my Law Clerk to agree on another date for the conference.

**SO ORDERED.**

San Juan, Puerto Rico, this 26th day of March, 2003.

GILBERTO GIERBOLINI
U.S. District Judge