IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.,
    Plaintiff,

v.    CIVIL NO.: 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.
    Defendants

**MINUTE ORDER**

By order of the court, a **Final Settlement Conference** is set for **May 16, 2003 at 11:00 a.m.**

San Juan, Puerto Rico, this 9th day of May, 2003.

FRANCES RIOS DE MORAN, CLERK

By: SULMA LOPEZ DEFILLO
Courtroom Deputy Clerk