IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.,

    Plaintiff,

    v.    CIVIL NO.: 97-1845(GG)

UNIVERSITY OF PUERTO RICO, ET ALS.

    Defendants

**MINUTE ORDER**

By order of the court, a **Final Settlement Conference** is set for **July 29, 2003 at 3:00 p.m.**

San Juan, Puerto Rico, this 16th day of July, 2003.

FRANCES RIOS DE MORAN, CLERK

By: SULMA LOPEZ DEFILLO
Courtroom Deputy Clerk