IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EVELYN CARRERO, M.D.,       *
                            *
Plaintiff,                 *
                            *
v.                             *     CIVIL NO.: 97-1845(GG)
                            *
UNIVERSITY OF PUERTO RICO,   *
                            *
Defendant.                 *
                            *
*******************************

**ORDER AND JUDGMENT**

On July 30, 2003, the parties filed a motion seeking the dismissal of this action with prejudice since they reached a settlement agreement that disposes of the entire action. (Docket entry #111).

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, we accept the parties' stipulation of dismissal and make it form part of this judgment.

**WHEREFORE**, in view of the above, this action is **DISMISSED WITH PREJUDICE**. Judgment is hereby entered accordingly.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 31 day of July, 2003.

GILBERTO GIERBOLINI
U.S. District Judge

AO 72A
(Rev.8/82)